

RECEIVED CLERK

**FILED**

2003 APR 16 ' P 5: 48

C. RICHARD HENRIKSEN, JR., #1466
JAMES E. SEAMAN, #8750
AARON W. FLATER #9458
HENRIKSEN & HENRIKSEN, P.C.
Attorneys for **Defendants PURE, Inc., PURE Foundation, Inc. and Sue Scheff**
320 South 500 East
Salt Lake City, Utah 84102
Telephone: (801) 521-4145
Facsimile:  (801) 355-0246

---

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| World Wide Association of Specialty Programs, a Utah Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PURE, Inc., PURE Foundation, Inc. Sue Scheff, and Does I through 10,<br><br>　　　　　Defendants. | **MOTION FOR PROTECTIVE ORDER**<br><br><br><br><br>Case Number:2:02-cv-00010PGC<br><br>Judge Paul G. Cassell |

---

Pursuant to Federal Rules of Civil Procedure 30(d)(3) and 26(c), Defendants

PURE, Inc., PURE Foundation, Inc., and Sue Scheff (collectively "Defendants") by and

through counsel respectfully move this Court for a protective order providing that the

following discovery not be had:

- That the portions of Sue Scheff's deposition discussing the programs to

  which Defendants refer be sealed.



- That Plaintiff not be allowed to make contact in any way related to or in reference to this lawsuit or any of the people involved, with the programs to which Defendants refer clients in the course of their referral business.

- That Plaintiff's attorneys not be allowed to divulge to the anyone the names or other identifying information about the programs to which the Defendants refer.

Good cause for this protective order exists because: (1) the programs to which the Defendants refer are irrelevant to the present litigation; (2) the programs are a trade secret and confidential information; and (3) contact or other access to the programs by Plaintiff would result in annoyance, embarrassment, oppression, and undue burden to Defendants. This Motion is supported by the Memorandum in Support of Defendants' Motion for Protective Order filed herewith.

DATED this 16th day of April, 2003.

_____
C. Richard Henriksen, Jr.
James E. Seaman
Aaron W. Flater
Attorneys for Defendants PURE & Sue Scheff

2

## CERTIFICATE OF MAILING

I hereby certify that on this ___16th___ day of April, 2003, a true and correct copy

of the foregoing **MOTION FOR PROTECTIVE ORDER,** was mailed postage prepaid, to

the following:

Fred R. Silvester
Dennis J. Conroy
Spencer Siebers
SILVESTER & CONROY, L.C.
Attorneys for Plaintiff
230 South 500 East, Suite 590
Salt Lake City, Utah 84102

3