RECEIVED CLERK
**FILED**
2004 JUN 11  P 5: 47



C. RICHARD HENRIKSEN, JR., #1466
JAMES E. SEAMAN, #8750
AARON W. FLATER #9458
HENRIKSEN & HENRIKSEN, P.C.
Attorneys for **Defendants Sue Scheff, PURE, Inc. and PURE Foundation, Inc. and Jeff Berryman**
320 South 500 East
Salt Lake City, Utah 84102
Telephone: (801) 521-4145
Facsimile:  (801) 355-0246

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| World Wide Association of Specialty Programs, a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURE, Inc., PURE Foundation, Inc. Sue Scheff, Jeff Berryman, Barbe Stamp, Donna Hedrick and Does I through 10,<br><br>Defendants. | **MOTION IN LIMINE TO EXCLUDE PERSONAL INFORMATION ABOUT JEFF BERRYMAN'S HEALTH AND FAMILY**<br><br><br>Case Number:2:02-cv-00010PGC<br>Judge Paul G. Cassell |

COMES NOW, Sue Scheff, PURE and Jeff Berryman by and through counsel and respectfully submits this Motion in Limine to Exclude Personal Information About Jeff Berryman's Health and Family.  This motion is brought because Plaintiff has sought discovery and has documents discussing irrelevant and private confidential information about Jeff Berryman's health and family and the introduction of that evidence may

189

prejudice the jury against the Defendants. This motion is brought pursuant to Rules 402 and 403 of the Federal Rules of Civil Procedure. This motion is supported by the attached Memorandum in Support of Motion In Limine and attachments.

Respectfully submitted this 11th day of June, 2004.

_____
Aaron W. Flater
Attorney for Defendants

## CERTIFICATE OF HAND DELIVERY

I hereby certify that on this 11th day of June 2004, a true and correct copy of the foregoing **MOTION IN LIMINE TO EXCLUDE PERSONAL INFORMATION JEFF BERRYMAN'S HEALTH AND FAMILY,** was hand delivered, to the following:

Fred R. Silvester
Dennis J. Conroy
Spencer Siebers
SILVESTER & CONROY, L.C.
Attorneys for Plaintiff
230 South 500 East, Suite 590
Salt Lake City, Utah 84102

_____

2