FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 6 - 2004

MARKUS B. ZIMMER, CLERK
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE DISTRICT OF UTAH

| | | |
|---|---|---|
| WORLD WIDE ASSOCIATION OF SPECIALTY PROGRAMS, a Utah corporation, | : : : : | **SPECIAL VERDICT FORM** |
| Plaintiff, | : : | Civil No. 2:02-CV-0010 PGC |
| vs. | : : | Honorable Judge Paul G. Cassell |
| PURE, INC., PURE FOUNDATION, INC., SUE SCHEFF, | : : : | |
| Defendants. | : : | |

## SPECIAL VERDICT FORM

We, the Jury, present our answers to the questions submitted by the Court, to which we have all agreed:

**1. Did defendant PURE engage in false advertising in violation of the Lanham Act?**

Yes _____     No _X__

**2. Did defendant PURE engage in false advertising willfully?**

Yes _____     No _X__

**3. Did defendants defame plaintiff with actual malice?**

Yes _____     No _X___

1

249

4. **If you answered yes to 3, did defendants engage in a civil conspiracy to defame the plaintiff?**

Yes _____   No ___X_____

If you have answered questions 1 or 3 "yes," proceed to the next question.  If you have answered *all* of the previous questions "no," you should answer none of the following questions and have your foreperson sign and date this verdict form.

5. **What is the total amount of damages caused by the causes of action that you have found have been proven?**

False Advertising by PURE, Inc.,   $ _____

Defamation/Civil Conspiracy,   $ _____

Total (add preceding two lines)   $ _____

6. **If you answered question 3 yes, is the plaintiff entitled to punitive damages?**

Yes: _____   No:_____

If you answered yes to question 6, proceed to question 7.

If you answered no to question 6, have your foreperson sign and date the verdict form.

7. **What is the total amount of punitive damages to which plaintiff is entitled?**

Answer: $ _____

When you have answered the appropriate questions, please have your foreperson sign this verdict form and return to the Court.   _____
Jury Foreperson

_____
Date

2