# United States District Court
## CENTRAL/NORTHERN DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT DISTRICT OF UTAH
AUG 5 - 2004
MARKUS B. ZIMMER, CLERK
BY ___ DEPUTY CLERK

EXHIBIT AND WITNESS LIST

*Wardallian* v. *Pure*

CASE NUMBER: 202-CV-00010

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Paul Cassell | [signature] | Richard Henrikson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8-2-04 through 8-6-04 | [signature] | [signature] |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | Jy 1 | [✓] | 7/30/2004 | E-mail dated 6/5/2004 from Joani to Ken Kay; Subject: Negative Press - Review of Schools which includes Ivy Ridge (001-008) |
| 2 | | | NU | | Letter from Randall Hinton regarding interaction with Susan Scheff and her involvement in the parent referral program (009) |
| 3 | | | | 7/30/2004 | Graph: Student Census 1999 - 2004 (010) |
| 4 | | | | 7/30/2004 | Affidavit of Susan Scheff; Case # 2:02CV 0010ST; 2/16/2002 (011-013) |
| 5 | | | | 7/30/2004 | Commitment Letter dated 8/8/2000 from Susan Scheff to Ashlyn Scheff (014-017) |
| 6 | | | | 7/30/2004 | Teen Help Pre-Admission Screening Form (018-019) |
| 7 | | | | 7/30/2004 | 5 Events by Ashlyn Scheff; 8/13/2000 (020-022) |
| 8 | | | | 7/30/2004 | Carolina Springs Academy Enrollment Agreement for Ashlyn Scheff (023-059) |
| 9 | | | | 7/30/2004 | Letter dated 10/30/2000 from Susan Scheff to Elaine Davis/CSA; Re Visit to CSA (060) |
| 10 | | | | 7/30/2004 | Focus Seminar Letter from Susan Scheff to Elaine Davis (061-062) |
| 11 | | | | 7/30/2004 | E-mail dated 11/7/2000 from Susan Scheff; Regarding referral ideas and reflecting dedication to program (063-065) |
| 12 | | | | 7/30/2004 | Letter dated 11/9/2000 from Susan Scheff to Elaine Davis/CSA; Re: Ashlyn Scheff and problems with another WWASP family (066) |
| 13 | | | | 7/30/2004 | Charge of Discrimination dated 10/20/2000 by Susan Scheff against Kellstrom Industries (067) |
| 14 | | | | 7/30/2004 | Letter dated 11/11/2000 from Susan Scheff to Elaine Davis/CSA; Re: Ashlyn Scheff - 60 day written notice of withdrawal (068) |
| 15 | | | | 7/30/2004 | E-mail dated 2/11/2001 from Susan Scheff to Nelson Shumway; Request for commitment letter and proclaiming support of program (069) |
| 16 | | | | 7/30/2004 | Follow up form for Ashyln Scheff (070) |
| 17 | | | ✓ | 7/30/2004 | E-mail dated 2/21/2001 from Susan Scheff to Lisa Irving; Requesting a list of parents who do not want the Scheffs' attendance at the support meetings; PURE information sent to many WWASP parents (071-072) |
| 18 | | | | 7/30/2004 | PURE Website; Welcome Board as of 2/27/2002 (073) |

250

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | vs. | | | | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | | | 7/30/2004 | PURE Website; Frequently Asked Questions; Services; About Us; February 2002 e-Newsletter (074-083) |
| 20 | | | | 7/30/2004 | E-mail dated 12/28/2001 regarding the evaluation of needs by a qualified Educational Consultant (084) |
| 21 | | | | 7/30/2004 | E-mail dated 10/12/2002 from Susan Scheff; Re: IECA Conference (085) |
| 22 | | | | 7/30/2004 | PURE Website; March 2002 e-Newsletter - PURE Promotes Parent (086-089) |
| 23 | | | | 7/30/2004 | Safe and Sound Youth Transportation, Inc; Employee Information (090-091) |
| 24 | | | | 7/30/2004 | E-Mail dated 6/26/2003 from Marie Peart to Susan Scheff; Re: Programs and e-mail from Annette (092-093) |
| 25 | | | | 7/30/2004 | PURE Website; Welcome Board as of 4/19/2003 (094) |
| 26 | | | | 7/30/2004 | Fornits' Home for Wayward Web Forum; The Teen Help Industry; PURE, can you make my kind love me again?; PURE putting parent in contact with Susan Scheff (095-096) |
| 27 | | | | 7/30/2004 | E-mail dated 11/7/2003 from Marie Peart to Susan Scheff; Re: Names from Shane and consultations with professionals through PURE (097-101) |
| 28 | | | | 7/30/2004 | PURE, Inc Profit & Loss 02/2001-12/2001 & 01/2002-12/2002; Statement of Revenues and Expenses for the 1 Quarter and 4 Quarters Ended 12/31/2003 (102-107) |
| 29 | | | | 7/30/2004 | Lists of Payments for Referral Fees to Susan Scheff (108-114) |
| 30 | | | | 7/30/2004 | E-mail dated 9/10/2004 between Susan Scheff and parent; Re: PURE not being a referral paid organization (115-118) |
| 31 | | | | 7/30/2004 | E-mail dated 9/5/2002 from Susan Scheff to Jeannette Daniels; Regarding Daniels being a WWASP promoter and having their links on her website (119-120) |
| 32 | | | | 7/30/2004 | Bridge to Understanding Forum; Re: Hidden Referral Fees / Struggling Teens Woodbury Website; Posted by Tom Croke 1/01/2002 (121-122) |
| 33 | | | | 7/30/2004 | E-mail dated 11/3/2003 from Marie Peart to Justin Sorenson; Re: Possible new admit / referral to High Top Ranch and questions about past referrals (123-125) |
| 34 | | | | 7/30/2004 | E-mails dated 6/27/2003 - 6/30/2003 between Marie Peart and Susan Scheff; Re: Ginger being off website as soon as they get a check (126-127) |
| 35 | | | | 7/30/2004 | PURE November 2002 e-Newsletter - The Positive "Boot Camp" A Month to be Thankful - The Expansion of PURE (128-129) |
| 36 | | | | 7/30/2004 | E-mails dated 6/26/2003 between Marie Peart and Susan Scheff; Re Ginger and Reality Ranch referrals (130-131) |
| 37 | | | | 7/30/2004 | PURE e-Newsletters; List of topics by month from January 2002 to January 2004 (132-133) |
| 38 | | | | 7/30/2004 | Letter dated 8/6/2002 from Susan Scheff to Bill Robitzek; Re: Summit Achievement Damages to PURE (134-136) |
| 39 | | | | 7/30/2004 | E-mails dated 7/24/2003 between Svetlana Doyle and parent; Regarding recommendation of programs and referral to Marie Peart; Email dated 7/29/2003 from Marie Peart to Susan Scheff discussing the parent's lack of finances (137-139) |
| 40 | | | | 7/30/2004 | Bridge to Understanding Forum; Re: Skyline Journey Challenge.."Three Peaks in a Week"; Posted by Susan Scheff 12/22/2001 (140) |
| 41 | | | | 7/30/2004 | E-mail dated 12/20/2001from Susan Scheff; Re: Recommendation of programs and schools which are fully licensed and accredited with a proven success record (141-142) |
| 42 | | | | 7/30/2004 | Oak Ridge Military Academy Contractual Agreement with Susan Scheff of PURE dated 3/21/2001 (143) |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

|  | vs. | CASE NO. |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | | | 7/30/2004 | E-mail dated 3/25/2002 from Norma Hallman; Re: PURE only recommends safe and qualified schools with which they have first hand experience (144-146) |
| 44 | | | | 7/30/2004 | E-mail dated 3/25/2002 from Norma Hallman; Re: Reply from PURE recommending programs to parent (147-149) |
| 45 | | | | 7/30/2004 | E-mail dated 3/26/2002 from Susan Scheff; Re: Reply from PURE recommending programs to parent (150-152) |
| 46 | | | | 7/30/2004 | E-mail dated 9/26/2002 to/from Norma Hallman; Re Reply from PURE recommending programs to parent, noting that all schools recommended have been visited and giving financing options (153-154) |
| 47 | | | | 7/30/2004 | E-mail dated 9/03/2002 from Norma Hallman; Re: Reply from PURE recommending programs to parent which have been thoroughly investigated (155-156) |
| 48 | | | | 7/30/2004 | E-mail dated 12/03/2001 from Susan Scheff; Re: Reply from PURE; Recommending military school (157-158) |
| 49 | | | | 7/30/2004 | E-mail dated 2/08/2003; Re: HelpYourTeens.com and the recommendation of a military school (159) |
| 50 | | | | 7/30/2004 | E-mail from Svetlana Doyle; Re: Program recommendations including Reality Ranch (160-161) |
| 51 | | | | 7/30/2004 | E-mails dated 8/19/2002 between Mark and Susan Scheff; Regarding the request for information about the CEDU program and referral to Dale (162-163) |
| 52 | | | | 7/30/2004 | PURE Website; A Parents' True Story by Susan Scheff as of 4/17/2003 (164-168) |
| 53 | | | | 7/30/2004 | E-mail dated 8/17/2004 from Kevin Richey to Ken Kay; Regarding Susan Scheff saying that the programs were good and asking him to manipulate the referral system (169) |
| 54 | | | | 7/30/2004 | E-mail dated 5/7/2003 from Susan Scheff; Re: PURE Rebuttal, a website created by WWASP (170) |
| 55 | | | | 7/30/2004 | E-mail dated 4/28/2003 from Susan Scheff; Re: Research Alert - Bob Lichfield being convicted of sexual misconduct with a female student in Utah (171) |
| 56 | | | | 7/30/2004 | E-mail dated 2/23/2003 from Susan Scheff; Regarding Montel's show and Paula Reeves's son being kicked out of Sorenson's Ranch School and blaming it on PURE (172) |
| 57 | | | | 7/30/2004 | Strugglingteens.com; A Parents' True Story by Susan Scheff posted 8/23/2001 (173-177) |
| 58 | | | | 7/30/2004 | Struggling Teens Interactive Forum; Message Board Postings (178-286) |
| 59 | | | ✓ | 7/30/2004 | Bridge to Understanding; Susan Scheff and the Pure Foundation by Tom Croke 1/3/2002 (287-289) |
| 60 | | | | NLL | Ten Suggestions for Parents in Dealing with a Homesick Cadet (290-291) |
| 61 | | | | 7/30/2004 | Woodbury Reports; Struggling Teen Discussion; Message Board Postings (292-366) |
| 62 | | | | 7/30/2004 | E-mail dated 5/15/2003 from Susan Scheff; Regarding that Scheff does not fear Woodbury, she despises him and people losing credibility by writing statements that are not true; Casa and Hi Impact are not together (367) |
| 63 | | | | 7/30/2004 | Woodbury Reports; Struggling Teens Interactive Forum; Topic: Clarification on High Impact; Posted 12/28/2001 (368-370) |
| 64 | | | | 7/30/2004 | E-mail dated 4/15/2003 from Susan Scheff; Requesting help in gathering information for her case against WWASP with letter from Aaron Flater (371-372) |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

| | vs. | | | | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 65 | | | | 7/30/2004 | E-mail dated 9/5/2002 from Susan Scheff; Re: WWASP accusations and defenses (373-374) |
| 66 | | | | 7/30/2004 | E-mail dated 1/06/2003 from Nancy Colburn and Susan Scheff; A warning to be careful when speaking to parents - only give facts and let them decide; Nancy will do follow up with a parent and be careful (375-376) |
| 67 | | | | 7/30/2004 | E-mails dated 6/17/2002 - 6/18/2002; Advising against WWASP / Tranquility Bay (377-384) |
| 68 | | | | 7/30/2004 | E-mails from Susan Scheff; Re Fully Baked ListServ; Purpose is to expose WWASP, Restructuring of the List, and the confidentiality of the List (385-388) |
| 69 | | | | 7/30/2004 | E-mails dated 2/28/2003 - 3/01/2003 between Susan Scheff and Carey Bock; Re: Confidential, Sending a post from a parent on BBS and possible contact (389-391) |
| 70 | | | | 7/30/2004 | E-mail dated 9/3/2002 from Susan Scheff; Request that Scheff e-mail a parent to warn them against Casa (392) |
| 71 | | | | 7/30/2004 | E-mail dated 8/24/2002 from Susan Scheff; Re: Writing a parent who has requested information on Casa (393) |
| 72 | | | | 7/30/2004 | E-mail dated 8/24/2002 from Susan Scheff to Jeff Berryman; Re: Scheff needs an e-mail address to give requested information; WWASP spamming (394) |
| 73 | | | | 7/30/2004 | E-mail dated 9/02/2002 from Susan Scheff; Regarding removal of child from WWASP program (395) |
| 74 | | | | 7/30/2004 | E-mails dated 5/14/2003 from Susan Scheff to Carey Bock; Re: Debbie Thompson working on their case (396-397) |
| 75 | | | | 7/30/2004 | E-mail dated 5/17/2003 from Cristine Mocha to Carey Bock; Re: Referrals to PURE often defers parents from sending their child to the programs. Have to stop Carey (398) |
| 76 | | | | 7/30/2004 | E-mail dated 10/24/2002 from Susan Scheff; Re: Op / Tranquility Bay - Should only give facts, not say pull the child (399) |
| 77 | | | | 7/30/2004 | Letter from to WWASP parent from Susan Scheff (400) |
| 78 | | | | 7/30/2004 | E-mail dated 10/06/2002 from Susan Scheff to Carey Bock; Re: Referring a WWASP parent to people where they can get negative information (401) |
| 79 | | | | 7/30/2004 | E-mail dated 8/21/2002 from Susan Scheff; Re: Bob Lonsberry needs to be contacted (402) |
| 80 | | | | 7/30/2004 | E-mail dated 8/06/2002 from Susan Scheff to Jeff Berryman; Re: Stopping families from joining WWASP programs (403) |
| 81 | | | | 7/30/2004 | E-mail dated 8/19/2002 from Susan Scheff; Re: Stopping another parent from placing their child in a WWASP program (404) |
| 82 | | | | 7/30/2004 | E-mail dated 9/05/2002 from Susan Scheff; Re: Parent thanking for the warning against WWASP (405) |
| 83 | | | | 7/30/2004 | E-mail dated 11/03/2002 from Susan Scheff; Re: Story stopped parents previously 100% sold on Casa (406) |
| 84 | | | | 7/30/2004 | E-mail dated 4/10/2003 from Susan Scheff to Carey Bock; Re: Welcome back and an update on who is on the list (407) |
| 85 | | | | | E-mail dated 12/29/2002 from Blanche; Re: Susan Scheff not making money from PURE (408) |
| 86 | | | | 7/30/2004 | E-mail dated 5/12/2003 from Susan Scheff; Re: Cases in Federal District Court for Utah against Teen Help et al (409) |
| 87 | | | | 7/30/2004 | E-mail dated 10/09/2002 from Susan Scheff to Carey Bock; Re: New show called Final Justice with Erin Brockovich as the commentary, Try to get on show (410) |
| 88 | | | | 7/30/2004 | E-mail dated 10/09/2002 from Susan Scheff to Carey Bock; Re: John Dahlberg - LA Times article is finished; Update on cases against WWASP (411) |

AO 187A (Rev. 7/87)
# EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | vs. | | CASE NO. |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 89 | | | | 7/30/2004 | E-mail dated 12/21/2002 from Susan Scheff to Jeff Berryman; Re: Editing a story about sex scandal at Casa to put on PURE (412) | |
| 90 | | | | 7/30/2004 | E-mail dated 4/21/2003 from Susan Scheff; Re: Working on a deal with 20th Century Fox (413) | |
| 91 | | | | 7/30/2004 | E-mails dated 10/08/2002 - 10/09/2002 from Susan Scheff to Carey Bock and Gerry Spence; Regarding mission to get Gerry Spence involved in the plight against WWASP (414-415) | |
| 92 | | | | 7/30/2004 | E-mails dated 9/06/2003 from Susan Scheff; Regarding Scheff's being busy with WWASP priorities and therefore not being able to give a lot of time to other causes (416-417) | |
| 93 | | | | 7/30/2004 | PURE Website; March / April 2002 e-Newsletter - Spamdexing & False Advertising of the Internet and a Grandmother's Request (418-422) | |
| 94 | | | | 7/30/2004 | E-mail dated 8/14/2002 from Susan Scheff; Re: Information from a mole in Utah (423) | |
| 95 | | | | 7/30/2004 | PURE Website; December 2002 e-Newsletter - Spamdexing the Internet (424) | |
| 96 | | | | 7/30/2004 | PURE Website; Welcome; As of 5/04/2004 (425-426) | |
| 97 | | | | NU | Sun Sentinel Website; Posted 3/14/2004 by Karla D Shores; Jamaican school that educates many South Florida teens on scrutiny (427-430) | |
| 98 | | | | NU | E-mail dated 7/26/2003 from Jane Hawley to Jean Foye; Re: Lost one to PURE after reading information on helpyourteens.com (431-432) | |
| 99 | | | | | Student Admittance Forms (433-437) | |
| 100 | | | ✓ | 7/30/2004 | Tax Form 1099-Misc 2002; Miscellaneous Income for Marie Peart (438) | |
| 101 | | | | NU | Fifth District Juvenile Court for Washington County, State of Utah; Order (2/06/2002), Minute Sheet (2/24/2002), and Order Staying Proceedings (2/26/2002) for Case # 152580 (439-458) | |
| | | | | | | |
| | | | | | Karr Farnsworth | |
| | | | | | Susan Scheff | |
| | | | | | Ken Kay | |
| | | | | | Kevin Richey | |
| | | | | | Jane Hawley | |
| | | | | | Arlene Farrow | |
| | | | | | Wanda Jo Tuttle | |