# United States District Court
## CENTRAL/NORTHERN DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

AUG 6 - 2004

EXHIBIT AND WITNESS LIST

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

WWASP v. PURE, Inc. et al.

CASE NUMBER: 202-CV-00010

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Paul Cassell | Fred Silvester | C. Richard Henriksen, Jr. |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8/2/04 - 8/6/04 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | | | ✓ | World Wide Census Graph: P008047 - p. 30 |
| | B | | | ✓ | Sue Scheff's letter to Webmaster dated December 8, 2002 - p. 31 |
| | C | | | ✓ | PURE 2001, 2002, 2003 tax returns, summary sheets and Oak Ridge Income Summary - pp. 32-73 |
| | D | | | ✓ | Documents produced by State of South Carolina DHEC and DSS and Carolina Springs Academy - pp. 74-114; 471-490 |
| | E | | | ✓ | Plaintiff's tax returns 2000 through 2003 - pp. 115-118 |
| | F | | | ✓ | Spring Creek Lodge documents regarding High Impact - pp. 119-122 |
| | G | | | ✓ | Ashlyn Scheff Medical Records from Anderson and Carolina Springs Academy Incident Report - pp. 123-129; 467-468 |
| | H | | | Nil | Court document from case involving A.I., Fifth District Juvenile Court, Case No. 152580, Order dated April 26, 2002 - pp. 130-131 |
| | I | | 5.. | | Letter from Amberly Knight to PANI - pp. 132-134 |
| | J | | | ✓ | Copies of documents from State department regarding Paradise Cove - pp. 135-137 |
| | K | | | ✓ | Focus Seminar homework - p. 137 |
| | L | | | ✓ | Spring Creek Lodge and Casa by the Sea Parent Manual excerpts regarding High Impact - pp. 138-139 |
| | M | | | ✓ | Photographs of High Impact - pp 140-142 |
| | N | | | ✓ | Documents produced by Majestic Ranch, definition of abuse - p. 143 |
| | O | | | ✓ | Documents produced by Teen Help regarding High Impact - p. 144 |
| | P | | | ✓ | Documents produced by Cross Creek regarding High Impact - p. 145 |
| | Q | | | | Index and reports in the mass media about the Plaintiff and its programs - pp. 146-270 and DVD |
| | R | | | ✓ | Schedule of conference attended by Sue Scheff - p. 271 |
| | S | | | ✓ | Documents from Carey Bock's computer - pp. 272-276(a) |
| | T | | | ✓ | Files extracted from hard drives of PURE's computer - p. 277 |
| | U | | | ✓ | Postings on Woodbury Reports - pp. 278-292 |
| | V | | | ✓ | Documents produced by Oak Ridge Academy - pp. 293-295 |
| | W1 | | | ι | Verification Stories (unredacted) read by Sue Scheff prior to January 2002 - pp. 305-308; 328-337; 398-399 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

251

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | World Wide Association of Specialty Schools vs. PURE, et al. | CASE NO. 202-CV-00010 |
|---|---|---|---|---|---|

| NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | W2 | | | | Additional Verification Stories (unredacted) read by Sue Scheff prior to January 2002 - pp. 356-358; 384-391; 413-420 |
| | W3 | | | | Additional Verification Stories (unredacted) read by Sue Scheff - pp. 400-402; 344-346; 397; 353; 341-343; 313-314; 363-365; 395-396; 354-355; 349-351; 347-348; 317; 340; 338-339; 298; 404-409; 393-394; 392; 352; 411-12; 309-312; 403; 371; 362; 377-383; 374-376; 372-373; 359-361; 366-369; 370; 421-426; 299-304; 325-327; 315-316; 318; |
| | X | | 7/.d | in | Hearing testimony of Aaron Kravig and Lyndsey Wise - pp. 500-603 |
| | | | | | **WITNESSES** |
| | | | | | Bernadette Cabral |
| | | | | | Paula Reeves |
| | | | | 8-5-04 | Heidi Mock |
| | | | | | Amberly Knight |
| | | | | | Sue Scheff |
| | | | | | Marie Peart |
| | | | | | Sue Scheff |
| | | | | | James Anderson |
| | | | | | Robert Lichfield |
| | | | | | Steve Nicolatus |
| | | | | | John France, Sr. |
| | | | | | Chris Goodwin |
| | | | | | Elaine Davis |
| | | | | | Carey Bock |
| | | | | | Arlene Farrow |
| | | | | | Ken Kay |
| | | | | | Lauren Staudt |
| | | | | | Joyce Slocum |
| | Y | | | | |