**United States District Court**
District of Utah

---

Markus B. Zimmer  
Clerk of Court

Louise S. York  
Chief Deputy

March 10, 2005

Mr. Patrick Fisher, Clerk United
States Court of Appeals for the
Tenth Circuit
1823 Stout Street Denver, CO
80257

—

RE:    04-4312
        World Wide Assoc. v. Pure, Inc.
        Lower Docket: 2:02-CV-10-PGC

Dear Clerk of Court:

    Please be advised that the record is complete for the purposes of appeal.

Sincerely,

Markus B. Zimmer, Clerk


By: /S
Aaron Paskins
Appeal's Clerk

cc: Counsel of Record

**290**

```
                                                         asp
                  United States District Court
                            for the
                        District of Utah
                       March 10, 2005


             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:02-cv-00010



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


       Mr. C. Richard Henriksen Jr., Esq.
       HENRIKSEN & HENRIKSEN
       320 S 500 E
       SALT LAKE CITY, UT  84102
       EMAIL

       Mr. Fred R. Silvester, Esq.
       SILVESTER & CONROY LC
       1371 E 2100 S STE 200
       SALT LAKE CITY, UT  84105
       EMAIL

       Roger J. McConkie, Esq.
       PRINCE YEATES & GELDZAHLER
       175 E 400 S STE 900
       SALT LAKE CITY, UT  84111

       Mr. Scott Daniels, Esq.
       PO BOX 521328
       SALT LAKE CITY, UT  84152-1328
       JFAX 9,5830802
```